YELLOW SUN (UNITED STATES v.).  See Case No. 16,780.

---

## Case No. 18,135.
### YENAGA v. REDFIELD.

[The case reported under above title in 17 Leg. Int. 357, is the same as Case No. 18,197.]